IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD DEELEY | : | CIVIL ACTION |
| v. | : | |
| GENESIS HEALTHCARE CORPORATION, et al | : | NO. 10-1242 |

### O R D E R

AND NOW, this 15th day of June, 2010, it is ORDERED that defendants' motion to dismiss is DENIED as moot. Plaintiff having filed an amended complaint on June 14, 2010.

                                                  *s/Thomas N. O'Neill, Jr.*
                                                  THOMAS N. O'NEILL, JR.,    J.