IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD DEELEY | : | CIVIL ACTION |
| | : | NO. 10-1242 |
| v. | : | |
| | : | |
| GENESIS HEALTHCARE | : | |
| CORPORATION AND | : | |
| JENNIFER VALINOTTI | : | |

## ORDER

AND NOW, this 16th day of August 2010, upon consideration of plaintiff Ronald Deeley's motion for leave to file his second amended complaint and defendants' response thereto; defendants Genesis Healthcare, Inc. and Jennifer Valinotti's motion to strike plaintiff's second amended complaint and for sanctions and plaintiff's response thereto; defendants' motion to dismiss plaintiff's first amended complaint and plaintiff's response thereto; and plaintiff's request for an extension of time to respond to defendants' motion to dismiss plaintiff's first amended complaint and defendants' response thereto, it is hereby ORDERED that:

1. Plaintiff's motion for leave to file his second amended complaint (D. 15) is GRANTED;

2. Defendants' motion to strike plaintiff's second amended complaint and for sanctions is (D. 14) DENIED;

3. Defendants' motion to dismiss plaintiff's first amended complaint (D. 11) and Plaintiff's motion for extension of time to respond to defendant's motion to dismiss plaintiff's first amended complaint (D. 16) are DENIED as moot; and

4. Plaintiff's second amended complaint (D. 12) is deemed properly filed with this Court.

/s/ Thomas N. O'Neill, Jr.
THOMAS N. O'NEILL, JR., J.