IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD DEELEY | : | CIVIL ACTION |
| | : | NO. 10-1242 |
| v. | : | |
| | : | |
| GENESIS HEALTHCARE | : | |
| CORPORATION AND | : | |
| JENNIFER VALINOTTI | : | |

**ORDER**

AND NOW, this 25th day of March 2011, upon consideration of plaintiff Ronald Deeley's second motion for leave to amend complaint and defendants' response thereto, it is ORDERED that plaintiff's motion is GRANTED and plaintiff's third amended complaint is deemed properly filed with this Court.

It is further ORDERED that the parties shall confer and agree upon a revised scheduling Order and submit same to the court.

                                                  _s/Thomas N. O'Neill, Jr._
                                                  THOMAS N. O'NEILL, JR., J.