IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD DEELEY | : | CIVIL ACTION |
| | : | NO. 10-1242 |
| v. | : | |
| | : | |
| GENESIS HEALTHCARE | : | |
| CORPORATION AND | : | |
| JENNIFER VALINOTTI | : | |

## **ORDER**

AND NOW, this 28th day of July, 2011, upon consideration of plaintiff Ronald Deeley's motion for leave to file a fourth amended complaint and to dismiss individual defendant Jennifer Valinotti and defendants' response thereto, it is ORDERED that:

   1.   Plaintiff's motion for leave to amend his complaint is DENIED; and

   2.   Plaintiff's motion to dismiss individual defendant Valinotti is GRANTED and plaintiff's claims against Jennifer Valinotti are DISMISSED.

It is further ORDERED that the parties shall confer and agree upon a revised scheduling Order and submit same to the Court within fourteen days of the date of this Order.

                                                   _s/Thomas N. O'Neill, Jr._
                                                   THOMAS N. O'NEILL, JR., J.